*R. C. Bell, solicitor-general, H. A. Peacock, F. A. Hooper,* contra.

---

## 6612.  BELL *v.* THE STATE.

BROYLES, J.  The verdict was authorized by the evidence, and no error of law appears.                                    *Judgment affirmed.*

DECIDED OCTOBER 22, 1915.

Indictment for larceny of hog; from Jenkins superior court—Judge H. C. Hammond. May 8, 1915.

*A. S. Anderson,* for plaintiff in error.

*R. Lee Moore, solicitor-general,* contra.